# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 8, 2008

Charles R. Fulbruge III
Clerk

No. 08-30204

JAMES HAROLD MOORE, JR.; JIM MOORE INSURANCE AGENCY, INC.,

Plaintiffs-Appellants-
Cross-Appellees,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY;
STATE FARM LIFE INSURANCE COMPANY;
STATE FARM MUTUAL FIRE & CASUALTY COMPANY;
STATE FARM GENERAL INSURANCE COMPANY,

Defendants-Appellees-
Cross-Appellants.

Appeals from the United States District Court
for the Eastern District of Louisiana
No. 2:03-CV-2390

Before SMITH, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

James Moore, a former State Farm insurance agent, sued the State Farm defendants for, *inter alia*, breach of contract. The defendants counterclaimed for a declaratory judgment. The jury returned a verdict for the defendants on all grounds, but the district court declined to issue a declaratory judgment.

We have reviewed the briefs on appeal and pertinent portions of the record and have heard the arguments of counsel. There is sufficient evidence to support the verdict and no adequate grounds to undermine it. There is no pertinent bar of res judicata. The district court did not abuse its discretion in refusing a declaratory judgment. Because we find no reversible error, the judgment is in all respects AFFIRMED.